UNITED STATES BANKRUPTCY COURT
Eastern District of Missouri
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, Fourth Floor
St. Louis, MO 63102

**In re**                                                                                                         **Case No.: 16–46224 – A705**
**Debtor(s):**                                                                             **Chapter: 7**
Theresa Marie Barnes
xxx–xx–4076

**ORDER**

For good cause, the Court hereby removes application of the 180 day bar to refiling imposed upon the debtor(s) by a prior order of dismissal.

☐ The Court authorizes case number to proceed.

                                                                              U.S.Bankruptcy Judge

Dated: 9/23/16

**Reported Alias Information:**
Theresa Marie Barnes –
–

Rev.8/05